| United States District Court | WESTERN DISTRICT OF WASHINGTON |
|---|---|
| Tai Foong USA, Inc<br><br>        Plaintiff,<br><br>v.<br><br>CJ Cheiljedang Corporation, et al.<br><br>        Defendant, | Court File Number<br><br>2:25-cv-02582-GJL<br><br><br><br>Affidavit of Service |

State of Minnesota   )
County of Hennepin   )

I, Greg Westerlund, state that on Tuesday, March 3, 2026 at 2:25 PM I served the Summons, Complaint, & Exhibits upon SFC Global Supply Chain, Inc., therein named, personally at 2780 Snelling Avenue North, Suite 101, Roseville, MN 55113, by handing to and leaving with Bradley Davies, Agent for Corporation Service Company, authorized to accept service, the Registered Agent for SFC Global Supply Chain, Inc., a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 3/3/2026

_____
Greg Westerlund, Process Server


*2800281 - 2*

METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: Tai v CJ Cheiljedang